FEBRUARY TERM, 1872.    409

The State of Missouri v. Dougher.—The State of Missouri v. Snider.

THE STATE OF MISSOURI, Respondent, *v.* JOHN DOUGHER,
Appellant.

1. *Indictment — Liquor — Selling without license.*— The selling of liquors
without license is not an offense subject to be proceeded against by indict-
ment, unless defendant consents to that mode of prosecution. (State v. Huff-
schmidt, 47 Mo. 73, affirmed.)

*Appeal from Linn Circuit Court.*

*Geo. W. Easley,* for respondent.

BLISS, Judge, delivered the opinion of the court.

The defendant was indicted for selling intoxicating liquors
without license, and moved to quash the indictment because it
was not an indictable offense.    The motion being overruled he
appeals.    The question was considered in The State v. Huff-
schmidt, 47 Mo. 73.    The defendant has not consented to this
mode of the exercise of the court's jurisdiction, and the case is
reversed.    Judge Wagner concurs.    Judge Adams absent.

———————◆———————

THE STATE OF MISSOURI, Defendant in Error, *v.* JOHN SNIDER,
Plaintiff in Error.

1. *Indictment — Selling liquor without license, etc.*— Indictment will not lie
for selling whisky without a license, where defendant does not waive his objec-
tions to the mode of prosecution. (State v. Huffschmidt, 47 Mo. 73.)

*Error to Linn Circuit Court.*

*Easley,* for defendant in error.

BLISS, Judge, delivered the opinion of the court.

The defendant was indicted for selling whisky without a license,
and demurred to the indictment.    He did not waive his objections
to the mode by which he was prosecuted, and the judgment against
him is reversed. (State v. Huffschmidt, 47 Mo. 73.)    Judge
Wagner concurs.    Judge Adams absent.